0005-33-EPIT33-00050905-34842

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  RICHARD JR F BERLO | Chapter 13. |
| Debtor(s)  293 FOREST HILLS STREET | Case No. |
| JAMAICA PLAIN, MA 02130 | 05-10805-JNF |

## TRUSTEE'S REQUEST FOR DISCHARGE

Now comes the Chapter 13 Standing Trustee ("Trustee") and states the following:

1. The Trustee Report and Account previously filed in this case provided a detailed record of all receipts and disbursement to all parties.

2. All checks have now cleared and this case is ready to be closed.

3. Pursuant to FRBP 5009, I certify the above captioned case has been fully administered.

WHEREFORE, the Trustee prays that the Court accept the Trustee's Report and Account and enter a Final Decree discharging the Trustee, closing the case and granting such further relief as may be just.

/s/ Carolyn A. Bankowski
Carolyn A. Bankowski
Standing Chapter 13 Trustee

## ORDER DISCHARGING TRUSTEE

The Chapter 13 Trustee has filed the Final Report and Account of the administration of this estate pursuant to 11 U.S.C. Section 704(9) and 11 U.S.C. Section 1302(b)(1). Therefore, pursuant to 11 U.S.C. Section 350(a), the Court hereby discharges the Chapter 13 Trustee.

Date: 9/11/07

_____
United States Bankruptcy Judge